IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00289-M-11

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TERRY LEWIS AKINS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' "Notice of Appeal from Magistrate [Judge's] Order Denying Pre-Trial Detention," construed as a motion for revocation of a release order pursuant to 18 U.S.C. § 3145(a) [DE 208]. According to the motion, the release order was issued in the Middle District of Florida on October 15, 2024, that court denied the government's motion to stay its order, and Defendant was released. Defendant's initial appearance in this district is scheduled on November 18, 2024.

The court will hear the United States' motion on Monday, November 18, 2024, at 11:30 a.m. in Courtroom 1, Alton Lennon Federal Courthouse, Wilmington. The United States shall notify Defendant of this setting. If appropriate, the Office of the Federal Public Defender shall appoint counsel to represent Defendant in this matter.

SO ORDERED this 21st day of October, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE