PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terry Lewis Akins Jr.            Docket No. 5:24-CR-289-11M

Petition for Action on Conditions of Pretrial Release

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Terry Lewis Akins Jr., who was placed under pretrial release supervision by the Honorable Richard E. Myers II, Chief U.S. District Judge, sitting in the Court at Wilmington, on the 21st day of November, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 21, 2024, the defendant was released from custody on conditions of release. The defendant was ordered to participate in one of the location restriction programs. We would respectfully request the court to modify the condition to reflect the appropriate restriction and technology. The defendant is currently being supervised in the Middle District of Florida and being monitored for a curfew with Radio Frequency technology.

Additionally, the defendant has court dates in the Eastern District of North Carolina for divorce proceedings in April. The court dates are scheduled for April 7, April 8, and April 9, 2025. Per national policy on Location Monitoring, the court must approve all overnight travel for participants supervised under Location Monitoring. We would respectfully request that his overnight travel be approved to allow him the opportunity to attend his court dates as required.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant participates in the following location monitoring restriction of curfew and be monitored by radio frequency technology.

- The defendant is allowed to travel overnight while on Location Monitoring from April 6 until April 9, 2025, to attend court proceedings in the Eastern District of North Carolina.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Courtney L. Thomas<br>Courtney L. Thomas<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2554<br>Executed On: March 27, 2025 |

**ORDER OF THE COURT**

Considered and ordered the 28th day of March, 2025, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge